IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FLAIR HOMES, INC.,

        Plaintiffs,

v.                                    CAUSE NO. 2:18-cv-00333-KG-GBW

Q. MARTIN'S PLUMBING SERVICES, INC.,

        Defendant.

<u>ORDER OF REMAND</u>

WHEREAS Plaintiff filed their Complaint in the instant action on March 7, 2018;

WHEREAS Defendant filed a Notice of Removal to this Court on April 9, 2018;

WHEREAS Plaintiff filed their Motion for Remand on April 18, 2018;

WHEREAS Counsels for Plaintiff and Defendant met and conferred and now stipulate to remand of the instant matter to the Third Judicial District Court;

As such, the undersigned parties stipulate that the instant matter captioned *FLAIR HOMES, INC., Plaintiffs, v. Q. MARTIN'S PLUBING SERVICES, INC.*, Case No. 2:18-cv-00333-KG-GBW be remanded to the Third Judicial District Court, County of Doña Ana, State of New Mexico.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this case shall be remanded to the Third Judicial District Court, County of Doña Ana, State of New Mexico. After remanding this action, the Clerk of the Court is hereby directed to close this case.

IT IS ADDITIONALLY ORDERED that the parties will bear their own attorneys' fees and costs associated with the removal and subsequent remand of this action.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Submitted and approved by:

DOUGHTY ALCARAZ, P.A.


By: _/s/ Drew A. Larkin_____
    Robert M. Doughty, III
    Drew A. Larkin
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
*Attorneys for Defendant*

-and-


By: _approval via e-mail 04/23/18_____
    Robert A. Skipworth
310 N. Mesa Suite 600
El Paso, TX 79901
(915) 533-0096
*Attorney for Plaintiff*